THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC LILLYWHITE, | CASE NO. C18-1840-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AECOM, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff and Defendants AECOM and URS Corporation's stipulated motion for an extension of time for Defendants AECOM and URS Corporation to answer, move, or otherwise respond to Plaintiff's complaint (Dkt. No. 4). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion. The deadline for Defendants AECOM and URS Corporation to answer, move, or otherwise respond to the complaint is hereby EXTENDED to January 11, 2019.

DATED this 27th day of December 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1840-JCC
PAGE - 1