UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC LILLYWHITE,<br><br>        Plaintiff,<br>  v.<br><br>AECOM, *et al.*,<br><br>        Defendants. | CASE NO. C18-1840-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for extension of time to respond to Plaintiff's complaint (Dkt. No. 17). The motion is GRANTED. Defendants shall respond to Plaintiff's complaint by April 11, 2019.

DATED this 13th day of February 2019.

                        William M. McCool
                        Clerk of Court

                        s/Tomas Hernandez
                        Deputy Clerk