THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC LILLYWHITE, | CASE NO. C18-1840-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AECOM, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff, Defendant AECOM, and Defendant URS Corporation's stipulated motion for an extension of time to amend complaint, amend answer, and respond to answer (Dkt. No. 19). The motion is GRANTED. If Defendants AECOM and URS Corporation choose to do so, they must amend their answer (Dkt. No. 16) by April 11, 2019. If he chooses to do so, Plaintiff must bring a motion for a more definite statement or a motion to strike Defendants' answer (Dkt. No. 16) by April 11, 2019. The time for Plaintiff to amend the complaint (Dkt. No. 1-2) with respect to AECOM and URS Corporation shall be extended to March 20, 2019. If such amended complaint is filed, Defendant AECOM and URS Corporation's response to it is due by April 11, 2019.

MINUTE ORDER
C18-1840-JCC
PAGE - 1

1     DATED this 1st day of March 2019.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk