THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC LILLYWHITE,<br><br>                Plaintiff,<br>     v.<br><br>AECOM, *et al.*,<br><br>                Defendants. | CASE NO. C18-1840-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for acceptance of service and to extend the time for Defendants to respond to Plaintiff's amended complaint (Dkt. No. 22). The motion is GRANTED. Service upon all Defendants was effective on March 27, 2019. The deadline for Defendant AECOM Technical Services to respond to Plaintiff's amended complaint is April 12, 2019. The deadline for Defendant AECOM US Severance Plan to respond to Plaintiff's amended complaint is April 19, 2019. The deadline for Defendants URS Corporation, AECOM, and AECOM (as the fiduciary and agent of service of process for AECOM US Severance Plan) to respond to Plaintiff's amended complaint is April 26, 2019. If Plaintiff chooses to move for a more definite statement or to strike, that motion is due by May 17, 2019.

1      DATED this 9th day of April 2019.

                                                 William M. McCool
                                                 Clerk of Court

                                               s/Tomas Hernandez
                                               Deputy Clerk

MINUTE ORDER
C18-1840-JCC
PAGE - 2