THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC LILLYWHITE, | CASE NO. C18-1840-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AECOM, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time (Dkt. No. 31). The motion is GRANTED. The deadline for initial disclosures is EXTENDED to May 24, 2019. The deadline for Plaintiff to bring a motion for a more definite statement or a motion to strike is EXTENDED to May 31, 2019.

DATED this 10th day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1840-JCC
PAGE - 1