THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ERIC LILLYWHITE, | CASE NO. C18-1840-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AECOM *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the trial date and related deadlines (Dkt. No. 34). The Court hereby GRANTS the motion and orders as follows:

1. The 5-day estimate jury trial is continued to August 10, 2020, at 9:30 a.m.;
2. The proposed pretrial order must be filed by July 31, 2020;
3. Trial briefs and proposed voir dire/jury instructions must be filed by August 6, 2020;
4. Discovery must be completed by April 12, 2020; and
5. Dispositive motions must be filed by May 12, 2020.

//

1     DATED this 24th day of December 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk