THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC LILLYWHITE, | CASE NO. C18-1840-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AECOM *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion for a continuance of the trial date and remaining trial deadlines (Dkt. No. 39). The Court finds good cause to continue the trial date and remaining trial deadlines, including the discovery deadline, due to the COVID-19 crisis. The Court therefore GRANTS Defendants' motion and ORDERS as follows:

1. The new trial date is October 5, 2020;[1]
2. The discovery deadline is 100 days before the new trial date;
3. The dispositive motion deadline is 90 days before the new trial date;
4. The proposed pretrial order is due by September 25, 2020; and

---

[1] The Court notes that given the realities of the COVID-19 crisis, it is possible that civil jury trials will not be feasible by October 5, 2020.

MINUTE ORDER
C18-1840-JCC
PAGE - 1

5. Proposed voir dire/jury instructions are due by October 2, 2020.

DATED this 18th day of May 2020.

<pre>
                                    William M. McCool
                                    Clerk of Court

                                    s/Tomas Hernandez
                                    Deputy Clerk
</pre>