THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC LILLYWHITE, | CASE NO. C18-1840-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AECOM *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend pretrial deadlines (Dkt. No. 81). Having considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion in part and DENIES the motion in part. In addition, the Court concludes *sua sponte* that there is good cause to continue the civil jury trial date in light of the COVID-19 pandemic.

Accordingly, the Court ORDERS as follows:

1. The October 5, 2020 jury trial is CONTINUED until February 22, 2021, at 9:30 a.m.;

2. Trial briefs, proposed jury instructions, and voir dire must be submitted by February 18, 2021;

MINUTE ORDER
C18-1840-JCC
PAGE - 1

3.   The proposed pretrial order must be submitted by February 12, 2021.

DATED this 8th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
